FILED
October 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D38

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Hercules Sotero Balaoing and Lourdes Valdez Balaoing | **Case No :** | 10-92612 - D - 13G |
| | | **Date :** | 10/19/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [30] - Motion/Application to Value Collateral of SCME Mortgage Bankers, Inc [SJS-1] Filed by Debtor Hercules Sotero Balaoing, Joint Debtor Lourdes Valdez Balaoing (svim) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.


IT IS ORDERED that the motion is granted as provided in this order. The secured claim of SCME Mortgage Bankers, Inc., whose claim is secured by a junior deed of trust on the debtor(s) residence, is set at $0.00. The claim shall be treated as an unsecured claim in any Chapter 13 plan. No further relief will be afforded

Dated: October 21, 2010

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court